FILED

2012 JAN -5  AM 11: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 12 00011 |
| Plaintiff, | ) | |
| v. | ) | **INFORMATION** |
| KARLA TREJO, | ) | [16 U.S.C. § 703; 50 C.F.R. § 10.13: Illegal Offer to Sell a Listed Migratory Bird Species] |
| Defendant. | ) | [Class B Misdemeanor] |

The United States Attorney charges:

[16 U.S.C. § 703, 50 C.F.R. § 10.13]

Beginning on or about July 13, 2011, and continuing to on or about July 15, 2011, in Los Angeles County, within the Central District of California, and elsewhere, defendant KARLA TREJO did knowingly offer for sale a migratory bird species, namely, a live Western Scrub-Jay (*Aphelocomo californica*),

///

///

AB: ab

without a permit issued by the Secretary of the United States Department of the Interior or the Department of Commerce.

ANDRÉ BIROTTE JR.
United States Attorney

*/s/ Dorothy C. Kim*
Dorothy C. Kim
Dep-Chief, Crim-Div-FGU

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes Section

AMANDA M. BETTINELLI
Assistant United States Attorney
Environmental Crimes Section