# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

FILED

Case Number CR 12 00011   Defendant Number 1
U.S.A. v. Karla Trejo           Year of Birth 1969
☐ Indictment   ☑ Information   Investigative agency (FBI, DEA, etc.) FWS, H8US JAN -5 AM 11: 43

CENTRAL DIST. OF CALIF.
LOS ANGELES

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

## OFFENSE/VENUE

a. Offense charged as a:
  ☐ Misdemeanor   ☐ Minor Offense   ☐ Felony
  ☐ Petty Offense   ☑ Class B Misdemeanor
b. Date of offense 7/13/2011
c. County in which first offense occurred
  Los Angeles
d. The crimes charged are alleged to have been committed in:
  CHECK ALL THAT APPLY
  ☑ Los Angeles     ☐ Ventura
  ☐ Orange          ☐ Santa Barbara
  ☐ Riverside       ☐ San Luis Obispo
  ☐ San Bernardino  ☐ Other _____
Citation of offense 16 U.S.C. § 703,
50 C.F.R. § 10.13

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
  IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _____
  Case Number _____
  Charging _____

The complaint:   ☐ is still pending
  ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
  ☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*      ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

IS THIS A NEW DEFENDANT?   ☐ Yes        ☐ No

This is the ____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  ☐ Yes*      ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*      ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
  ☐ Yes      ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes     ☐ No
IF YES, list language and/or dialect:
_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☐ Male
- ☑ Female
- ☐ U.S. Citizen
- ☐ Alien

Alias Name(s) _____

This defendant is charged in:   ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☑ environmental issues
- ☐ mail/wire fraud
- ☐ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☑ Other: Illegal Offer to Sell a Listed Migratory Bird Species

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☐ No
d. Is a Fugitive   ☐ Yes   ☐ No
e. Is on bail or release from another district: _____
f. ☑ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☐ Yes   ☐ No

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20   ___ 21   ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date January 5, 2012

*Signature of Assistant U.S. Attorney*

Amanda M. Bettinelli
*Print Name*